UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE ANTONIO RIVERA QUINONES,<br>　　Petitioner<br><br>v.<br><br>MICHAEL HARLOW, *et al.*,<br>　　Respondents | CIVIL NO. 1:13-CV-170 |

## *ORDER*

AND NOW, this 1st day of April, 2013, upon consideration of the report and recommendation of the magistrate judge (Doc. 5), filed March 6, 2013, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

1. The magistrate judge's report is adopted.

2. The Clerk of Court shall transfer this case to the Eastern District of Pennsylvania.

　　　　　　　　　　　　　　　　/s/ William W. Caldwell
　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　United States District Judge

FILED
HARRISBURG, PA

APR 01 2013

MARY E. D'ANDREA, CLERK
　/s/
　Deputy Clerk